Consolidated Service Stations, Inc., Appellant, v. Cities Service Oil Company et al., Respondents.— Motion by the tenant, Cities Service Oil Company, and by the undertenant, Richard Driscoll, for leave to appeal to the Appellate Division and for a stay granted on condition that they perfect the appeal for the September Term, commencing September 17, 1951, and be ready for argument when reached; and on the further condition that the tenant file the undertaking specified in the decision of the court upon its separate motion

(*Consolidated Service Stations* v. *Cities Service Oil Co., post,* p. 791) for the same relief, decided herewith. Otherwise, this motion is denied. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.